# EXHIBIT 1



```
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 14/11/2022- 09:18:27 CET
INTERBANKING SWIFT SCREEN/TRACER DELIVERY REPORT                          SWIFT GPI MT103 CASH TRANSFER
---------------------------------------------------------------------------------------------------
CATEGORY: NETWORK SECURITY REPORT
CREATION TIME: 14/11/2022 09:18:27
APPLICATION: SWIFT INTERFACE
OPERATION: SYSTEM
---------------------------------------------------------------------------------------------------
MTT: 09:18:27 +0100                                                       14/11/2022- 09:18:27 +0100
TRN: UBS659875423CHAS
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
CHK/SN: CH785432WE12
TRACK CODE: UBS659875423CHAS
MIR/OTR: 10102022091547UBSWCHZH80A5714698745
CURRENCY/INSTRUCTED AMOUNT: USD/25,000,000.00
---------------------------------------------------------------------------------------------------
<<< UBSWCHZH80A IDFW/TRACER >>>


UBSWCHZH80A     UBSWCHZH80A              UBS SWITZERLAND AG                    10/10/2022- 09:15:47 +0100
                ***STATUS DONE           BADSTRASSE 12, 5400 BADEN, SWITZERLAND
UBSWCHZH80A     SMHBDEFFXXX              UBS EUROPE SE                         10/10/2022- 10:03:16 +0100
                **STATUS DONE            FRANKFURT GERMANY
UBSWCHZH80A     CHASUS33                 JP MORGAN CHASE BANK, N.A             11/10/2022- 16:23:54 -0500
                ***STATUS ARRIVED        383 MADISON AVENUE, NEW YORK, USA
                                         5177 RICHMOND AVE, HOUSTON,
                                         TX 77056-6707, USA
                                         ***PRIVATEBANK-NEW.JPMORGAN.COM
                                         ***AUTHENTIFICATION TRANSFER STATUS - COMPLETED
                                         ***VERIFICATION - COMPLETED

---------------------------------------------------------------------------------------------------
ID131526
Base Public Key: AES256-SHA
User Key: RSA-PSS

--------
SSL Session: SHA
Protocol: TLSv1.2
Cipher: ECDHE-RSA-AES128-GCM-SHA256
Serial Number = 45670000010000456713428

--------
Master-Key: 260B090616D5F66BFE647BA50F9F1C29BDB719A0C15D659FA6588BE44963CC3D2B67BFD9EDF2B5D5D93E5498D22B52
Verify return code: 0 (ok)
---------------------------------------------------------------------------------------------------
End of Message Report Footer\
Number of Entities: 1
End of Report
---------------------------------------------------------------------------------------------------
Ack Result: Y/0 errors
Md5: her17dges9nfydr5shd53e45hdtw
Sha: 201-81-1646840035
Password: ROBERT BITTAR RTT100342
ID RRT: 0278841257BCF9F6EA401CB0BD05A17E2D76BAEEB9751AB003C7B9488E95F08F
(+) END OF MESSAGE
```