# EXHIBIT 2

 **Aspen Global Investments LTD** 

71-75 Shelton Street Covent Garden
London WC2H 9JQ ENGLAND

# LETTER OF INTENT

October 21, 2022

Mr. John Mittens,

PO Box N9322
Creek House
Fox Creek,
Nassau Bahamas

Mr. John Mittens,

This Letter of Intent (this "Letter") sets forth the mutual interest of Aspen Global Investments LTD and Mr. John Mittens, regarding the settlement of the secured loan provided to Montana Holdings Limited by John Mittens to fund the property development designated as, the Rum Cay club and Rum Cay Marina Resort (the "Property"). This transaction will entail the following:

- Loan Settlement- $15,000,000 USD (Fifteen Million Dollars). This payment shall be provided if and when Aspen Global investments LTD purchases the property owned by Montana Holdings LTD

- Purchase shall include all titles, mineral rights, permits, concessions from the government as granted from the government from time to time;

- Acquisition of Montana Holdings LTD shares and seller agrees to turn over a clean corporation with no debits and no financial liabilities ;

- Acquisition of capital assets;

- Purchase of all properties and or holdings that are owned by Montana Holdings LTD.

Funding




# Aspen Global Investments LTD

71-75 Shelton Street Covent Garden
London WC2H 9JQ ENGLAND

- All available plans, including site plans, building and construction plans and any other documents tied to said development.

- All available marketing documents, vendors information, and major contractors that Montana Holdings has had negotiations, and or contracts with;

- (the "Transaction"). This Letter sets forth certain agreed upon terms and conditions. The Parties agree that their goal and interest herein is to bring about the Transaction, and thus, promise to negotiate cooperate in good faith for the period set forth below.

**1. Terms.** The parties have agreed upon the following terms with regards to the Transaction:

(A) Aspen will settle the secured debt John Mittens provided as past funding of the development of the Rum Cay club and Rum Cay Marina Resort. This sum shall not exceed Fifteen Million USD ($15,000,000 USD) and shall be paid as follows:

○ The full sum of Fifteen US dollars shall be paid to John Mittens, once the Sale and Purchase of the issued share capital of Montana Holdings has been transferred to Aspen Global Investments and Aspen takes full ownership of the property in accordance with the Sale and Purchase Agreement to be agreed between Aspen Global Investments and Montana Holdings LTD.

○ In the event that Aspen Global investments does not purchase the shares and property of Montana Holdings LTD, this transaction shall be cancelled.

○ The loan settlement payment shall be in full and final settlement and John Mittens shall have no further claims against Aspen Global Investments, Montana Holdings or any other party related to this loan settlement transaction or the Sale and Purchase Agreement.

○ John Mittens will assist in all efforts to bring this transaction to an effective closing.

○ John Mittens will agree to stay on as an advisor for a period of not less than twelve months (12 months) at mutually agreed terms but could extend up to an additional twenty-four months (24 months) if needed to assure the success of the development.

Funding




# Aspen Global Investments LTD

71-75 Shelton Street Covent Garden
London WC2H 9JQ ENGLAND

**2. Conditions.** The Transaction shall be subject to the satisfaction of the following conditions:

(A) Aspen, through its own internal ability, can purchase and develop said development to completion

**3. Confidentiality.** The parties agree to apply strict confidentiality to the existence and the contents of this Letter, including any information shared or obtained in accordance with this Letter for 5 years or the life of the relationship whichever is longer. Both parties further agree that their Bahamian legal representatives and agents shall be bound by the strict confidentiality of this Sale and Purchase arrangement.

**4. Closing or Termination.** The execution of this agreement must be completed on or before **December 31**, 2022. This Letter will automatically terminate on such date if the agreement is not fully executed by both parties.

**5. Governing Law.** This Letter and all matters thereto shall be governed by and construed in accordance with the laws of the Bahamas, without giving effect to the conflict of laws principles.

**6. Non-binding.** This Letter is intended only as a reflection of the intention of the parties, and neither this Letter nor its acceptance shall constitute or create any legally binding or enforceable obligation on any party, except with regards to Confidentiality, Closing or Termination and Governing Law until the five million US dollar ($5,000,000) deposit has been transferred from the escrow account to Montana Holdings Ltd legal representative, as detailed in the Letter of Intent (LOI) between Aspen Global Investments and Montana Holdings, , at which time this LOI shall be binding on both parties.

Funding

 **Aspen Global Investments LTD** 

71-75 Shelton Street Covent Garden
London WC2H 9JQ ENGLAND

**7. Costs.** Aspen shall be responsible for all costs, duties and taxes incurred by this transaction, save for legal costs incurred by John Mittens in the settlement of his secured loan with Montana Holdings Ltd.

**8. Miscellaneous.** This Letter contains the entire understanding between the parties and supersedes all previous agreements, if any, between the parties concerning the same or substantially similar subject matter. This Letter may be amended, supplemented, or otherwise modified only in a writing signed by duly authorized representatives of each party. This Letter may be executed in counterparts, each of which shall be deemed an original and all of which together, shall constitute one and the same document. The section headings are for reference purposes only and shall not otherwise affect the meaning, construction, or interpretation of any provision in this Letter.

**9. Other.** Attorney Escrow will be with: Robert(Clay) Vilt, Attorney at Law, Vilt Law, P.C., 5177 Richmond Avenue, Suite 1142, Houston, Texas 77056, Telephone-713-840-7570, Fax-713-877-1827, Email-clay@viltlaw.com

Funding

# Aspen Global Investments LTD

 

71-75 Shelton Street Covent Garden
London WC2H 9JQ ENGLAND

If the foregoing terms and conditions are acceptable, please sign and return this Letter to the undersigned.

Dated: 10/21/22

Aspen Global Investments LTD

Nick Dockum, Director

Agreed to and accepted by:

John Mittens

Funding