# EXHIBIT 3

October 14, 2022

Ana Sauceda
JPMorgan Chase Bank, N.A.
5177 Richmond Avenue, Suite 100
Houston, TX 77056

      Re:    Swift GPI Wire Transfer

Dear Ana:

      I performed some research to help me better understand the Swift GPI system and to help facilitate locating the $25M wire transfer which was issued and sent this week by UBS in Switzerland but has yet to be credited to our firm's IOLTA account. Following is what I have learned so far:

- Swift transfers utilizing Global Payments Innovation "GPI" is seemingly more efficient than "traditional" wire transfers. As such, a Swift GPI transfer is more transparent with faster timing in receiving the credit to the beneficiary account. Since funds have not yet arrived to my IOLTA account, we were also given, by the sender, the below instructions to aid in the process.

- Normally all funds arrive in the Common Account/Incoming Payment Folder/Bank Track Folder or at the Global Swift International System. Funds should be located through the "Tracking Code" or "TRN NO. AS IN FIELD F20"
  - The TRN for the current wire transfer is UBS659875423CHAS

- To locate the transfer, the bank officer must start by accessing the Global Swift International System – the bank officer should locate the funds and track the TRN within the Global Swift International System first.

- Once the wire transfer amount has been successfully located on the Global Swift International System in the SWIFT ROOM/SERVER ROOM, the bank officer needs to enter into the GPI "Pending" Folder and input the TRN again to his/her banking coordinates (i.e. the bank account number and the Swift Code of the branch from which the bank account is operated) and simply position the funds manually onto the receiver's bank account field.
  - Bank account number - ████9181
  - Swift Code – CHASUS33

- The wire transfer amount must then be inputted manually onto the account field of the receiver's bank account before the bank officer exits the GPI IT facility and credited thereafter to the receiver himself.
  - Wire transfer amount $25,000,000

  Also, I requested that the issuer of the $25M wire transfer contact their bank officer at UBS Switzerland to help locate where the funds are currently located within the JPMorgan Chase Bank, N.A. system. Based on the tracer information provided and to our best analysis, the funds are located in New York awaiting instructions to direct the funds to my firm's IOLTA account.

  Attached hereto is a copy of the International Swift ACKS-5714-2022 documentation as well as the Technical Procedure of Fund Location and Extraction using Swift Global International Screen GPI System and the tracer information which was provided by UBS Switzerland.

  Accordingly, please review and take the steps necessary in order to direct the funds from the New York account to my firm's IOLTA account in Houston. I greatly appreciate your help with getting this transaction processed!

                Very truly yours,

                *[signature]*

                Robert C. Vilt

Attachments

cc:  Client (with attachments)        Via email

  

UBS659875423CHAS

```
+++ UBS SWITZERLAND AG +++        +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++         +++ CUSTOMER'S COPY +++
---------------------------------------- INSTANT TYPE AND TRANSMISSION ----------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
------------------------------------------------ MESSAGE HEADER ------------------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER                : UBSWCHZH80A
*** BANK SENDER       : UBS SWITZERLAND AG
*** BANK ADDRESS      : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME      : HPS PRODUCTION AB
*** ACCOUNT IBAN      : CH9100232232211437060L
RECEIVER              : CHASUS33
*** BANK RECEIVER     : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS      : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME      : VILT LAW PC
*** ACCOUNT NUMBER    : ████9181
------------------------------------------------- MESSAGE TEXT -------------------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
     UBS659875423CHAS
:F23B:BANK OPERATION CODE:
     CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
     221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
     USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
     /CH9100232232211437060L
     HPS PRODUCTION AB
     BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
     /UBSWCHZH80A
     UBS SWITZERLAND AG
     BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
     /CHASUS33
     JP MORGAN CHASE BANK, N.A
     5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
     ████9181
     VILT LAW PC
     5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
     /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
     SHA
:F77B:REGULATORY REPORTING:
     /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
     //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
----------------------------------------------------------------------------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
     CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
     PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
     CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
     FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
         AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
         AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------------------ MESSAGE TRAILER -----------------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
-------------------------------------------------- INTERVENTIONS -----------------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
****************************** MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY ********************************
(+) END OF TRANSMISSION
```

  

UBS659875423CHAS

PAGE 2
------------------------------------------ ACKNOWLEDGEMENT RECEIPT ------------------------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
------------------------------------------------------------------------------------------------------------
ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
CONFIRMATION STATEMENT PASS/FAIL STATUS

```
0050 CNT, ------------------------------------ VALID
0060 RFF-DTM, -------------------------------- VALID
0070 RFF, ------------------------------------ VALID
0080 DTM, ------------------------------------ VALID
0090 NAD-CTA-COM ----------------------------- VALID
0100 NAD, ------------------------------------ VALID
0110 CTA, ------------------------------------ VALID
0120 COM, ------------------------------------ VALID
0130 ERC-FTX-5G4, ---------------------------- VALID
0140 ERC, ------------------------------------ VALID
0150 FTX, ------------------------------------ VALID
0160 RFF-FTX, -------------------------------- VALID
0170 REF, ------------------------------------ VALID
0180 FTX, ------------------------------------ VALID
0190 UNT, ------------------------------------ VALID
```

{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022
------------------------------------------------------------------------------------------------------------
****************************************** CONFIRMED & RECEIVED ******************************************
(+) END OF TRANSMISSION

```
CONNECTED(00000003)
depth=2 C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
verify return:1
depth=1 C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
verify return:1
depth=0 businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-
101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com
verify return:1
---
Certificate chain
 0 s:businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-
101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
 1 s:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
 2 s:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
---
Server certificate
-----BEGIN CERTIFICATE-----
MIIHJDCCBgygAwIBAgIQBBCb3a70kZzPjIccvp7fDTANBgkqhkiG9w0BAQsFADB1
MQswCQYDVQQGEwJVUzEVMBMGA1UEChMMRGlnaUNlcnQgSW5jMRkwFwYDVQQLExB3
d3cuZGlnaWNlcnQuY29tMTQwMgYDVQQDEytEaWdpQ2VydCBTSEEyIEV4dGVuZGVk
IFZhbGlkYXRpb24gU2VydmVyIENBMB4XDTIxMTExMjAwMDAwMFoXDTIyMTIwOTIz
NTk1OVowga0xHTAbBgNVBA8MFFByaXZhdGUgT3JnYW5pemF0aW9uMRMwEQYLKwYB
BAGCNzwCAQMTAkNIMRgwFgYLKwYBBAGCNzwCAQIMB1rDvHJpY2gxGDAWBgNVBAUT
D0NIRS0xMDEuMzI5LjU2MTELMAkGA1UEBhMCQ0gxDzANBgNVBAcTBlp1cmljaDEP
MA0GA1UEChMGVUJTIEFHMRQwEgYDVQQDEwt3d3cudWJzLmNvbTCCASIwDQYJKoZI
hvcNAQEBBQADggEPADCCAQoCggEBAMfW1p4rU/6J1qS/ltlwYPErD5E7xxLkWgik
eerOgmy75PjN8W4zogOVYMDQbggyHviT/B8NG3zaudk3cEyzXvMqgsC6j9X5bWm1
CAjhMltNTFimu5LaxJKqKS7dcQZqy2W3Jz/jfUQ8Bz+1IjQiUgL3JbrxXg3SHetX
DER5g2QIf0k0BD6hv3Bk1WNiQaYdV9a0IM2JJ8SqN/yQ4fBRI3YePHzlxvA7wmRo
eOrRHga7ejF+jYiHR3LVbh53mgl2LMVLs6iDhpjn8HCC/OKn5h47PKxbsFUQDzU4
gwSsGlfxnI/Puf0aFIcxWnpGULfOP+ET2Igj1X3lQ8q35FnqZXMCAwEAAaOCA3Uw
ggNxMB8GA1UdIwQYMBaAFD3TUKXWoK3u80pgCmXTIdT4+NYPMB0GA1UdDgQWBBQm
EtUbMvzvCJJ5q9TOhRnI5ukbijAhBgNVHREEGjAYggt3d3cudWJzLmNvbYIJbS51
YnMuY29tMA4GA1UdDwEB/wQEAwIFoDAdBgNVHSUEFjAUBggrBgEFBQcDAQYIKwYB
BQUHAwIwdQYDVR0fBG4wbDA0oDKgMIYuaHR0cDovL2NybDMuZGlnaWNlcnQuY29t
L3NoYTItZXYtc2VydmVyLWczLmNybDA0oDKgMIYuaHR0cDovL2NybDQuZGlnaWNl
cnQuY29tL3NoYTItZXYtc2VydmVyLWczLmNybDBKBgNVHSAEQzBBMAsGCWCGSAGG
/WwCATAyBgVngQwBATApMCcGCCsGAQUFBwIBFhtodHRwOi8vd3d3LmRpZ2ljZXJ0
LmNvbS9DUFMwgYgGCCsGAQUFBwEBBHwwejAkBggrBgEFBQcwAYYYaHR0cDovL29j
c3AuZGlnaWNlcnQuY29tRTSEEyRXh0ZW5kZWRWYWxpZGF0aW9uU2VydmVyQ0EuY3J0
Y3J0MAwGA1UdEwEB/wQCMAAwggF/BgorBgEEAdZ5AgQCBIIBbwSCAWsBaQB3AEal
Vet1+pEgMLWiiWn0830RLEF0vv1JuIWr8vxw/m1HAAABFRQrvfMAAAQDAEgwRgIh
ALp1mgKEdvkhoJc7kdZ+2cfnePNbS4hDBeQrkYYveu+pAiEAhf6UNWUks60z9dUW
5WOfaxGt/56PH1UzgTVhf2LQHIkAdgBRo7D1/QF5nFZtuDd4jwykeswbJ8v3nohC
mg3+1IsF5QAAAX0UK74RAAAEAwBHMEUCIB/5WE0jtrvy2vyypnvioqgGPFQZG5wv
chWDJo5Tm13RAiEAhMb1TgVFP/LSPzyf1xFgGrm+2OS0DeTxdtUGcyyeuTUAdgDf
pV6raIJPH2yt7rhfTj5a6s2iEqRqXo47EsAgRFwqcwAAAX0UK73iAAAEAwBHMEUC
IQDHVdFofLMRv+P8AUUgRTsEH6oPLlPkRoKG1EGzGxae8AIgX6immGiaVIO1vvnD
BJ4YegIpeZc58oDpbJ5uZ/+joQ0wDQYJKoZIhvcNAQELBQADggEBAAZGmpkjLil6
CLhAOM0Y9IR/tqEpmuXJtTrhexungsta8YbPD85qaDZSblpuPkbSV81P6qJgVeza
5DEWNUHdMMLwK1nR7z4+J1nlDitPFQh6FZ3L45KHKaxbnYfmaeiRRhNK85ejCibi
y0MaCdtS79id6W1ePumKOpTNVHm9Pk8PZFvg2iwG+ImUa3pNBw3t1pCoEcPNjA6d
sMOkSKwLLrd+eVipeCAiT0pysGaNK4Uz1iD5/kkychu993eTJGNaWxe3u88L47uu
ntryCr2N0ISAxRJ+AJUfB2n4O2F7lRzkrv3tny65YUf8SRXbyrA0uRn8HkP2ZK9/
r2uFkkhJG4Q=
-----END CERTIFICATE-----
subject=businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-
101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com

issuer=C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA

---
Peer signing digest: SHA256
Peer signature type: RSA-PSS
Server Temp Key: X25519, 253 bits
---
SSL handshake has read 4591 bytes and written 393 bytes
Verification: OK
---
New, TLSv1.3, Cipher is TLS_AES_256_GCM_SHA384
Server public key is 2048 bit
Verify return code: 0 (ok)
---

+++ UBS SWITZERLAND AG +++          +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++
---------------------------------------- INSTANT TYPE AND TRANSMISSION ----------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
```

```
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
------------------------------------------- MESSAGE HEADER -------------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER           : UBSWCHZH80A
*** BANK SENDER   : UBS SWITZERLAND AG
*** BANK ADDRESS  : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME  : HPS PRODUCTION AB
*** ACCOUNT IBAN  : CH9100232232114370060L
RECEIVER         : CHASUS33
*** BANK RECEIVER : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS  : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME  : VILT LAW PC
*** ACCOUNT NUMBER: 893589181
------------------------------------------- MESSAGE TEXT -------------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
      UBS659875423CHAS
:F23B:BANK OPERATION CODE:
      CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
      221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
      USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
      /CH9100232232114370060L
      HPS PRODUCTION AB
      BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
      /UBSWCHZH80A
      UBS SWITZERLAND AG
      BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
      /CHASUS33
      JP MORGAN CHASE BANK, N.A
      5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
             9181
      VILT LAW PC
      5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
      /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
      SHA
:F77B:REGULATORY REPORTING:
      /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
      //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
-------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
      CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
      PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
      CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
      FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
      AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
      AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------------- MESSAGE TRAILER -------------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
------------------------------------------- INTERVENTIONS -------------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
************************************ MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY ************************************
(+) END OF TRANSMISSION

------------------------------------------- ACKNOWLEDGEMENT RECEIPT -------------------------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
-------------------------------------------
  ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
  RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
  ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
  CONFIRMATION STATEMENT PASS/FAIL STATUS
```

```
0050 CNT, ------------------------------ VALID
0060 RFF-DTM, -------------------------- VALID
0070 RFF, ------------------------------ VALID
0080 DTM, ------------------------------ VALID
0090 NAD-CTA-COM -------------------------- VALID
0100 NAD, ------------------------------ VALID
0110 CTA, ------------------------------ VALID
0120 COM, ------------------------------ VALID
0130 ERC-FTX-5G4, ---------------------- VALID
0140 ERC, ------------------------------ VALID
0150 FTX, ------------------------------ VALID
0160 RFF-FTX, -------------------------- VALID
0170 REF, ------------------------------ VALID
0180 FTX, ------------------------------ VALID
0190 UNT, ------------------------------ VALID
{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022
----------------------------------------------------------------------
********************************* CONFIRMED & RECEIVED *********************************
(+) END OF TRANSMISSION

CONNECTED(00000003)
depth=2 C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
verify return:1
depth=1 C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
verify return:1
depth=0 C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com
verify return:1
---
Certificate chain
 0 s:C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
 1 s:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
 2 s:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
---
Server certificate
-----BEGIN CERTIFICATE-----
```

MIIHVTCCBj2gAwIBAgIQVOdmZ0klsICNYfrlrcmWETANBgkqhkiG9w0BAQsFADCB
ujELMAkGA1UEBhMCVVMxFjAUBgNVBAoTDUVudHJ1c3QsIEluYy4xKDAmBgNVBAsT
H1NlZSB3d3cuZW50cnVzdC5uZXQvbGVnYWwtdGVybXMxOTA3BgNVBAsTMChjKSAy
MDE0IEVudHJ1c3QsIEluYy4gLSBmb3IgYXV0aG9yaXplZCB1c2Ugb25seTEuMCwG
A1UEAxMlRW50cnVzdCBDZXJ0aWZpY2F0aW9uIEF1dGhvcml0eSAtIEwxTTAeFw0y
MjA3MDgwMzI2MThaFw0yMzA3MDgwMzI2MThaMIHbMQswCQYDVQQGEwJVUzERMA8G
A1UECBMITmV3IFlvcmsxETAPBgNVBAcTCE5ldyBZb3JrMRMwEQYLKwYBBAGCNzwC
AQMTAlVTMRkwFwYLKwYBBAGCNzwCAQITCERlbGF3YXJlMR8wHQYDVQQKExZKUE1v
cmdhbiBDaGFzZSBhbmQgQ28uMR0wGwYDVQQPExRQcml2YXRlIE9yZ2FuaXphdGlv
bjEPMA0GA1UEBRMGNjkxMDExMSUwIwYDVQQDExxwcml2YXRlYmFuay1uZXcuanBt
b3JnYW4uY29tMIIBIjANBgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQEA1UPn12Rd
L11VseOOp2d8x7193Z96N6el6WRXXrQWGqiJE8vTTSd2AOGegUNYQC+bIg4SEFdx
FXelvuSaoL4AX+tuF3ljP4couug5KFXyeoBkOvmJEIGeUdd4OU6bbt1ENhdjuMJw
B+ldL9e+CKn96YMNLxwjl41kSheFnTmZ7jIPmeD91murYSqw61kPXRIICRDm63DQ
G5aimzd7Wj0pxACLtTgqDMzQ5Ay7pnI7lnMAAeDzqYqw8flMFmFPP+8R/fhReeCN
JkrOvhtdkaKR0gPd9e28deubRNgP3n5O9FGPPKDnf3JoexDoxreSGM9YgJC4QgH/
mXSZEhRoQCuy5wIDAQABo4IDMjCCAy4wDAYDVR0TAQH/BAIwADAdBgNVHQ4EFgQU
ww5UkbMiKP+f8qn+hPASovxan6owHwYDVR0jBBgwFoAUw/fQtSowra8NkSFwOVTd
vIlwxzowaAYIKwYBBQUHAQEEXDBaMCMGCCsGAQUFBzABhhdodHRwOi8vb2NzcC5l
bnRydXN0Lm5ldC5lDAzBggrBgEFBQcwAoYnaHR0cDovL2FpYS5lbnRydXN0Lm5ldC9sMW0
MW0tY2hhaW4uY2VyMCYGA1UdHwQfMDwwOqSsKKAmoCSGImh0dHA6Ly9jcmwuZW50
cnVzdC5uZXQvZXZ2MWxxbS5jcmwwQQYDVR0RBDowOIIccHJpdmF0ZWJhbmstbmV3
LmpwbW9yZ2FuLm5vbYIYcHJpdmF0ZWJhbmsuanBtb3JnYW4uY29tMA4GA1UdDwEB
/wQEAwIFoDAdBgNVHSUEFjAUBggrBgEFBQcDAQYIKwYBBQUHAwIwSwYDVR0gBEQw
QjA3BgpghkgBhvpsCgECMCkwJwYIKwYBBQUHAgEWG2h0dHBzOi8vd3d3LmVudHJ1
c3QubmV0L3J3YTAHBgVngQwBATCCAX4GCisGAQQB1nkCBAIEggFuBIIBagFoAHUA

```
VYHUwhaQNgFK6gubVzxT8MDkOHhwJQgXL6OqHQcT0wwAAAGB29gP6wAABAMARjBE
AiBb6xafV+24Z8U39ijnIC+QtsY6ehjdVdPZUOzNnVCPpgIgHD4/wkXnPCOqrjVr
PgnrZLIgJpYjPeK0gROfA8hwqcMAdgCzc3cH4YRQ+GOG1gWp3BEJSnktsWcMC4fc
8AMOeTalmgAAAYHb2A/mAAAEAwBHMEUCIQCaDxfoQOTT0n4M5LgbY23pLivyaFKw
PQtr69Ps0rfiegIgWKq1xfKU8soIFWgEOoWkzB2Qint93WfXkBNCx6sZRk0AdwCt
9776fP8QyIudPZwePhhqtGcpXc+xDCTKhYY069yCigAAAYHb2A/PAAAEAwBIMEYC
IQDNC332GNDR4QGkOH0EYUK2lTY/YwNli0r4PMUzhzC+SAIhAIgnmol5nRHX9BJ2
F8VoCEvpw1cpvqz2nrbd1v4uYtqiMA0GCSqGSIb3DQEBCwUAA4IBAQAbcI+Y8tk7
w5bSMW2lPUuaATrVBKaiRKnc3SiKuFNxF7aL/9rlSFRTd+ECMJah7CKJmCGCFiZp
0rDs+H1rrq+aVJ9ebYVF2woeBMiG61eWihOSvl+pPCubslCVUu2Pn0bR0Xh7YeUY
d+mXuin80HwYYO43JrzArz3088dg9/KYz6v/3HFmNSowO0w8uPxUUaCbO2Z4uHrr
/SBQSYkndSBzRdDcFRH+dNPHoQa0W5+dg0M4os2syyvYgkgdsdTewYOXIzgjcTtx
ac5m3f6G0jM2zvr/w3ap3ljF4Q8jOIlDhhYIzYv3xhhOsLVXsvnQanq5T528DddT
Jr60qP+1pxZS
-----END CERTIFICATE-----
subject=C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com

issuer=C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M

---
Peer signing digest: SHA256
Peer signature type: RSA
Server Temp Key: ECDH, P-256, 256 bits
---
SSL handshake has read 4815 bytes and written 452 bytes
Verification: OK
---
New, TLSv1.2, Cipher is ECDHE-RSA-AES128-GCM-SHA256
Server public key is 2048 bit
Secure Renegotiation IS supported
SSL-Session:
    Protocol  : TLSv1.2
    Cipher    : ECDHE-RSA-AES128-GCM-SHA256
    Session-ID: 0278841257BCF9F6EA401CB0BD05A17E2D76BAEEB9751AB003C7B9488E95F08F
    Session-ID-ctx:
    Master-Key: 260B090616D5F66BFE647BA50F9F1C29BDB719A0C15D659FA6588BE44963CC3D2B67BFD9EDF2B5D5D93E5498D22B52
    Start Time: 1665471885
    Timeout   : 7200 (sec)
    Verify return code: 0 (ok)
    Extended master secret: yes
---
```

```
+++ UBS SWITZERLAND AG +++          +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++
------------------------------------ INSTANT TYPE AND TRANSMISSION ------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
------------------------------------------------ MESSAGE HEADER ---------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER              : UBSWCHZH80A
*** BANK SENDER     : UBS SWITZERLAND AG
*** BANK ADDRESS    : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME    : HPS PRODUCTION AB
*** ACCOUNT IBAN    : CH910023223211437060L
RECEIVER            : CHASUS33
*** BANK RECEIVER   : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS    : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME    : VILT LAW PC
*** ACCOUNT NUMBER  :        9181
------------------------------------------------ MESSAGE TEXT -----------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
       UBS659875423CHAS
:F23B:BANK OPERATION CODE:
       CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
       221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
       USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
       /CH910023223211437060L

       HPS PRODUCTION AB
       BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
       /UBSWCHZH80A
```

```
        UBS SWITZERLAND AG
        BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
        /CHASUS33
        JP MORGAN CHASE BANK, N.A
        5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
        /      9181
VILT LAW PC
5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
        /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
        SHA
:F77B:REGULATORY REPORTING:
        /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
        //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
------------------------------------------------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
        CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
        PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
        CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
        FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
        AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
        AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------------- MESSAGE TRAILER ------------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
------------------------------------------- INTERVENTIONS -------------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
********************************* MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY *********************************
(+) END OF TRANSMISSION


------------------------------------------- ACKNOWLEDGEMENT RECEIPT -------------------------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
------------------------------------------------------------------------------------
ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
CONFIRMATION STATEMENT PASS/FAIL STATUS

0050 CNT, -------------------------------- VALID
0060 RFF-DTM, ---------------------------- VALID
0070 RFF, -------------------------------- VALID
0080 DTM, -------------------------------- VALID
0090 NAD-CTA-COM ---------------------- VALID
0100 NAD, -------------------------------- VALID
0110 CTA, -------------------------------- VALID
0120 COM, -------------------------------- VALID
0130 ERC-FTX-5G4, ---------------------- VALID
0140 ERC, -------------------------------- VALID
0150 FTX, -------------------------------- VALID
0160 RFF-FTX, ------------------------- VALID
0170 REF, -------------------------------- VALID
0180 FTX, -------------------------------- VALID
0190 UNT, -------------------------------- VALID


{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022
------------------------------------------------------------------------------------
********************************* CONFIRMED & RECEIVED *********************************
(+) END OF TRANSMISSION
```

DEED OF AGREEMENT NO.: HPS PRODUCTION AB/38XX/490M DATE: XX/05/2022 PARTNERSHIP
AGREEMENT ON INVESTMENT AND FINANCIAL CO-OPERATION

# TECHNICAL PROCEDURE OF FUND LOCATION & EXTRACTION – USING SWIFT GLOBAL INTERNATIONAL SCREEN GPI SYSTEM

**SWIFT GPI MT103 DIRECT CASH TRANSFER – WITH UETR CODE**
**SWIFT GPI MT103 SEMI-AUTOMATIC/AUTOMATIC – WITH UETR CODE**



The global provider of secure financial messaging service

Normally all funds arrive in Common Account | Incoming Payment Folder or at GLOBAL SWIFT INTERNATIONAL SYSTEM. Always any mode of TRANSFER incoming funds to be Located and accepted for Incoming. Funds SHOULD ALWAYS BE LOCATED THROUGH "TRACKING CODE" or "TRN NO AS IN FIELD F20". AS UETR CODE IS JUST A CONFIRMATION CODE THAT FUNDS ALREADY SENT AND WENT OUT OF SENDER BANK SYSTEM

- **QUALIFICATION OF THE BO & SYSTEM REQUIREMENT:** First of all, the Receiver's Bank Officer in charge of the transaction must have the appropriate system credentials (i.e., he must be a 14th + level bank officer) and he should have access to GLOBAL SWIFT INTERNATIONAL SYSTEM in the SWIFT ROOM/SERVER ROOM of the BENEFICIARIES Bank – Preferably at BANK HEAD OFFICE OR AT CENTRAL SERVER/SWIFT ROOM of the Bank Head Office.

- **INFORMATION REQUIRED TO LOCATE:** All information of the Transfer is with the receiver in the Transfer he got from the sender through the SWIFT/WIRE TRANSFER SLIP and find the wire transfer amount remitted to the receiver. The information needed for the download to take place are in the delivery slip. No other document will be provided as none will be required.

- **LOCATE BY TRN Code:** Different mode of transfer identifies TRN codes differently, in most of the case codes on FIELD F20 or codes on the TRACK CODE are considered to be TRN. In some cases, UETR code also act as TRN.

  Note: "GPI" stands for "Global Payments Innovation", the most efficient Swift platform to administer cross borders payments. GPI SWIFT Codes are: Alphanumeric (hexadecimal characters) Generated by the System and registered in the MT103/202 Swift Copy Under the "UETR" Column or "Tracking code" or code under "Field F20", separately or independently called "TRN". FUND NOT TO BE LOCATED THROUGH UETR CODE- AS UETR CODE IS CONFIRMATION CODE THAT FUNDS ALREADY SENT AND WENT OUT OF SENDER BANK SYSTEM

D. **TO LOCATE THE TRANSFER:** The TRN identifies a financial transaction consisting in a wire transfer. The BO must start by first accessing the Global Swift International system, NOT the GPI Facility that is meant to be a pure downloading device to be used only to input the funds amount manually in the right place under the hereinafter described circumstances!! The BO should locate the funds and track the TRN peripherally (i. e. within Global Swift International) First.

E. **SEMI AUTO PROCESS TECHNICAL PROCESS :** Once the wire transfer amount has been located successfully on Global Swift International system in the SWIFT ROOM/SERVER ROOM , then bank officer needs to enter into the GPI "Pending" folder, and input the TRN and / or the UETR again which was sent to the receiver; to his banking coordinates (i. e. the bank account number/IBAN and the Swift Code/BIC of the branch from which the bank account is operated), and simply position the funds manually onto the Receiver's bank account field.

  **IMPORTANT NOTICE:** The Receiver's Bank Officer must be perfectly aware that his task is to carry out a transaction which is **NOT AUTOMATIC**, that's why it's called **SEMI-AUTO**, as part of the process to be done Manually by the BO, the **"Compensation"** needs to projected and set up before even entering into the GPI facility and must be accomplished after positioning the wire transfer amount onto the bank account field and before leaving the GPI facility.

F. The wire transfer amount must then be inputted manually onto the account field of the receiver's bank account before the bank officer exits the GPI IT facility and credited thereafter to the receiver himself.

  Note: BO cannot locate anything unless he has access to GLOBAL SWIFT INTERNATIONAL SYSTEM from the SWIFT ROOM/SERVER ROOM of the BENEFICIARIES Bank – Preferably at Bank Head Office or at Central Server/Swift Room of the Bank Head Office. Again, the funds cannot be downloaded from an external server that will never work it must be done in the swift room of the bank!

G. The Bank Officer should not quit the Swift GPI interface before crediting the cash amount to the RECEIVER's bank account, otherwise the TRN may lose its connection with the associated funds then becoming utterly useless.

H. To make sure the Bank Officer may enjoy the highest chances for concluding the transaction successfully, he should track the funds peripherally in Global Swift and input them to the RECEIVER's bank account through the GPI system on the same day and seamlessly, i.e., without any break between the two operational stages.

Disclaimer: The above technical guideline are purely suggestive/indicative Guidelines only. Sender take no responsibility of loss of fund if process is not followed correctly. Moreover, Many Banks has different setup & different software versions as such the Receiver may/must consult his Bank Officer before requesting any of the investment fund offered under this contract. Moreover RECEIVER MUST HAVE, SPECIAL GLOBAL INVESTMENT BANK ACCOUNT, OPEN CREDIT LINE OR OWN FUNDS TO ACTIVATE CLEARING PROCEDURE, ALL NECESSARY APPROVALS FROM LOCAL CENTRAL BANK, ECB, ECONOMIC OR HUMANITARIAN PROJECTS ETC.