# EXHIBIT 4



Clay Vilt &lt;clay@viltlaw.com&gt;

## $25M international w/t account #893589181
1 message

**Clay Vilt** &lt;clay@viltlaw.com&gt;                Mon, Oct 17, 2022 at 3:33 PM
To: ana.m.sauceda@chase.com

Hi Ana:

As a follow-up to our meeting, attached is a copy of my 10/14/22 letter which explains the steps needed in order to locate the GPI wire transfer and position the funds to our firm's bank account. Please review and inform me if you have any questions or comments.

Thanks for your help!

Clay Vilt
Vilt Law, P.C.
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
T: 713.840.7570
F: 713.877.1827

---

📎 **Rum Cay.Sauceda Ltr - 101422.pdf**
7077K