# EXHIBIT 5



Clay Vilt <clay@viltlaw.com>

## $25M w/t - Vilt Law, PC IOLTA account #9181
1 message

**Clay Vilt** <clay@viltlaw.com>　　　　　　　　　　　　　　　　　　　　　　　　　　Thu, Oct 20, 2022 at 4:42 PM
To: ana.m.sauceda@chase.com
Bcc: Nick Dockum <nick@aspenglobalinvestmentsltd.com>

Hi Ana:

I have a meeting scheduled for tomorrow evening with my clients and the owners of the Rum Cay - Bahamas Project to review and execute the related LOI; however, the funds for the w/t have not yet been credited to my firm's account and that step must be accomplished in order for us to proceed.

Accordingly, please ask your backroom to take the following steps listed in my 10/14/22 letter to you (copy attached) in order to ensure that I am prepared for my meeting:

1. Access the Global Swift International System
2. Locate the transfer using tracking code "TRN NO. UBS659875423CHAS"
3. Enter the GPI "Pending" folder and input the tracking number again and position the funds to:
   Swift Code: CHASUS33
   Bank Acct #: ▇▇▇9181

Please update me on my cell phone (713.201.7203) once that has been accomplished so I can green light this project and move forward with this project.

Thanks for your help!

Clay Vilt
Vilt Law, P.C.
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
T: 713.840.7570
F: 713.877.1827

📎 Rum Cay.Sauceda Ltr - 101422.pdf
　7077K