# EXHIBIT 6

October 25, 2022

Ana Sauceda
JPMorgan Chase Bank, N.A.
5177 Richmond Avenue, Suite 100
Houston, TX 77056

      Re:    Swift GPI Wire Transfer

Dear Ana:

      As an update to my 10/14/22 correspondence and out meeting last week, I received revised information to help locate the $25M wire transfer which is currently "missing in action" – see attached. Accordingly, please contact your backroom and ask them to follow this process to locate and direct these funds:

- To locate the transfer, the bank officer must start by accessing the Global Swift International System in the Swift Room/Server Room of the bank (not at GPI facility or GPI tracking interface).

- The bank officer should locate the funds by using the Tracking Code in Field F20 or see the barcode on the UBS transfer slip below:

    
    UBS659875423CHAS

    - TRN in F20:          UBS659875423CHAS
    - Message input reference: 10102022091547UBSWCHZH80A5714698745
    - Do not use UETR Code as on high valued transaction. This is merely a confirmation code that funds went out of sender bank & they need bank officer input.

- Once the wire transfer amount has been successfully located on the Global Swift International System in the SWIFT ROOM/SERVER ROOM, the bank officer needs to enter into the GPI "Pending" Folder and input the TRN again to his/her banking coordinates (i.e. the bank account number and the Swift Code of the branch from which the bank account is operated) and simply position the funds manually onto the receiver's bank account field.
    - Bank account number - ▇▇▇▇9181
    - Swift Code – CHASUS33

- The wire transfer amount must then be inputted manually onto the account field of the receiver's bank account before the bank officer exits the GPI IT facility and credited thereafter to the receiver himself.
    - Wire transfer amount $25,000,000

As with my prior correspondence, attached for your convenience is a copy of the International Swift ACKS-5714-2022 documentation as well as the tracer information which was provided by UBS Switzerland.

Accordingly, please review and take the steps necessary to locate and direct the funds to my firm's IOLTA account. I greatly appreciate your help with getting this transaction processed!

                                        Very truly yours,

                                        Robert C. Vilt

Attachment

cc:     Client (with attachment)         Via email

Bank officer must have access to GLOBAL SWIFT INTERNATIONAL SYSTEM in the SWIFT ROOM/SERVER ROOM of the Bank. (**NOT AT GPI FACILITY OR GPI TRACKING INTERFACE**)

Preferably at HEAD OFFICE or at **CENTRAL SERVER/SWIFT ROOM** of the Head Office and not in Branch Office, **US Banks Must Follow this.**

Bank officer to LOCATE the Transfer and must do the Acceptance of incoming payment.

# MAIN PROCESSING STEPS

The fund must be located by using the TRACKING CODE in Field F20 or see the Barcode on the UBS transfer slip.

- TRN in F20 : **TRANSACTION REFERENCE NUMBER**:
- UBS659875423CHAS

    - MESSAGE INPUT REFERENCE:



10102022091547UBSWCHZH80A5714698745
NOT BY UETR CODE AS ON HIGH VALUED TRANSACTION THEY ARE JUST CONFIRMATION CODE THAT FUND WENT OUT OF SENDER BANK & THEY NEED BANK OFFICER INPUT

The fund must be allocated ( auto-credited automatically), depending on the chosen transfer mode.

Finally, funds will be automatically credited into the chosen receiving account

The Bank officer should locate the funds and track the Transaction Reference Number ("TRN"):
**UBS659875423CHAS**
or MESSAGE INPUT REFERENCE:
**10102022091547UBSWCHZH80A5714698745**

at one of the following locations:

- (1) Common Server/Account
- (2) Incoming payment folder
- (3) Global Swift Server system at the main server at "HEADQUARTER"
- (4) Bank Screen

The Bank officer allocates the amount automatically

  

```
+++ UBS SWITZERLAND AG +++        +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++        +++ CUSTOMER'S COPY +++
---------------------------------------- INSTANT TYPE AND TRANSMISSION ----------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
------------------------------------------- MESSAGE HEADER -------------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER                  : UBSWCHZH80A
*** BANK SENDER         : UBS SWITZERLAND AG
*** BANK ADDRESS        : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME        : HPS PRODUCTION AB
*** ACCOUNT IBAN        : CH9100232232211437060L
RECEIVER                : CHASUS33
*** BANK RECEIVER       : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS        : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME        : VILT LAW PC
*** ACCOUNT NUMBER      : ____9181
------------------------------------------- MESSAGE TEXT -------------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
      UBS659875423CHAS
:F23B:BANK OPERATION CODE:
      CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
      221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
      USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
      /CH9100232232211437060L
      HPS PRODUCTION AB
      BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
      /UBSWCHZH80A
      UBS SWITZERLAND AG
      BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
      /CHASUS33
      JP MORGAN CHASE BANK, N.A
      5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
      /____9181
      VILT LAW PC
      5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
      /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
      SHA
:F77B:REGULATORY REPORTING:
      /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
      //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
-----------------------------------------------------------------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
      CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
      PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
      CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
      FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
      AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
      AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------------- MESSAGE TRAILER -------------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
------------------------------------------- INTERVENTIONS -------------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
******************************* MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY *******************************
(+) END OF TRANSMISSION
```

  

UBS659875423CHAS

PAGE 2
------------------------------------------------ ACKNOWLEDGEMENT RECEIPT ------------------------------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
--------------------------------------------------------------------------------------------------------------------------
ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
CONFIRMATION STATEMENT PASS/FAIL STATUS

```
0050 CNT, ------------------------------------ VALID
0060 RFF-DTM, -------------------------------- VALID
0070 RFF, ------------------------------------ VALID
0080 DTM, ------------------------------------ VALID
0090 NAD-CTA-COM -------------------------------- VALID
0100 NAD, ------------------------------------ VALID
0110 CTA, ------------------------------------ VALID
0120 COM, ------------------------------------ VALID
0130 ERC-FTX-5G4, ------------------------------ VALID
0140 ERC, ------------------------------------ VALID
0150 FTX, ------------------------------------ VALID
0160 RFF-FTX, -------------------------------- VALID
0170 REF, ------------------------------------ VALID
0180 FTX, ------------------------------------ VALID
0190 UNT, ------------------------------------ VALID
```

{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022
--------------------------------------------------------------------------------------------------------------------------
************************************ CONFIRMED & RECEIVED ************************************************
(+) END OF TRANSMISSION

```
CONNECTED(00000003)
depth=2 C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
verify return:1
depth=1 C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
verify return:1
depth=0 businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com
verify return:1
---
Certificate chain
 0 s:businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
 1 s:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
 2 s:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
   i:C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert High Assurance EV Root CA
---
Server certificate
```

```
-----BEGIN CERTIFICATE-----
MIIHJDCCBgygAwIBAgIQBBCb3a70kZzPjIccvp7fDTANBgkqhkiG9w0BAQsFADB1
MQswCQYDVQQGEwJVUzEVMBMGA1UEChMMRGlnaUNlcnQgSW5jMRkwFwYDVQQLExB3
d3cuZGlnaWNlcnQuY29tMTQwMgYDVQQDEytEaWdpQ2VydCBTSEEyIEV4dGVuZGVk
IFZhbGlkYXRpb24gU2VydmVyIENBMB4XDTIxMTExMjAwMDAwMFoXDTIyMTIwOTIz
NTk1OVowga0xHTAbBgNVBA8MFFByaXZhdGUgT3JnYW5pemF0aW9uMRMwEQYLKwYB
BAGCNzwCAQMTAkNIMRgwFgYLKwYBBAGCNzwCAQIMB1rDvHJpY2gxGDAWBgNVBAUT
D0NIRS0xMDEuMzI5LjU2MTELMAkGA1UEBhMCQ0gxDzANBgNVBAcTBlp1cmljaDEP
MA0GA1UEChMGVUJTIEFHMRQwEgYDVQQDEwt3d3cudWJzLmNvbTCCASIwDQYJKoZI
hvcNAQEBBQADggEPADCCAQoCggEBAMfW1p4rU/6J1qS/ltlwYPErD5E7xxLkWgik
eerOgmy75PjN8W4zogOVYMDQbggyHviT/B8NG3zaudk3cEyzXvMqgsC6j9X5bWm1
CAjhMltNTFimu5LaxJKqKS7dcQZqy2W3Jz/jfUQ8Bz+1IjQiUgL3JbrxXg3SHetX
DER5g2QIf0k0BD6hv3Bk1WNiQaYdV9a0IM2JJ8SqN/yQ4fBRI3YePHzlxvA7wmRo
eOrRHga7ejF+jYiHR3LVbh53mgl2LMVLs6iDhpjn8HCC/OKn5h47PKxbsFUQDzU4
gwSsGlfxnI/Puf0aFIcxWnpGULfOP+ET2Igj1X3lQ8q35FnqZXMCAwEAAaOCA3Uw
ggNxMB8GA1UdIwQYMBaAFD3TUKXWoK3u80pgCmXTIdT4+NYPMB0GA1UdDgQWBBQm
EtUbMvzvCJJ5q9TOhRnI5ukbijAhBgNVHREEGjAYggt3d3cudWJzLmNvbYIBSS51
YnMuY29tMA4GA1UdDwEB/wQEAwIFoDAdBgNVHSUEFjAUBggrBgEFBQcDAQYIKwYB
BQUHAwIwIwdQYDVR0fBG4wbDA0oDKgMIYuaHR0cDovL2NybDMuZGlnaWNlcnQuY29t
L3NoYTItZXYtc2VydmVyLWczLmNybDA0oDKgMIYuaHR0cDovL2NybDQuZGlnaWNl
cnQuY29tL3NoYTItZXYtc2VydmVyLWczLmNybDBKBgNVHSAEQzBBMAsGCWCGSAGG
/WwCATAyBgVngQwBATApMCcGCCsGAQUFBwIBFhtodHRwOi8vd3d3LmRpZ2ljZXJ0
LmNvbS9DUFMwgYgGCCsGAQUFBwEBBHwwejAkBggrBgEFBQcwAYYYaHR0cDovL29j
c3AuZGlnaWNlcnQuY29tMFIGCCsGAQUFBzAChkZodHRwOi8vY2FjZXJ0cy5kaWdp
Y2VydC5jb20vRGlnaUNlcnRTSEEyRXh0ZW5kZWRWYWxpZGF0aW9uU2VydmVyQ0Eu
Y3J0MAwGA1UdEwEB/wQCMAAwggF/BgorBgEEAdZ5AgQCBIIBbwSCAWsBaQB3AEal
Vet1+pEgMLWiiWn0830RLEF0vv1JuIWr8vxw/m1HAAABfRQrvfMAAAQDAEgwRgIh
ALp1mgKEdvkhoJc7kdZ+2cfnePNbS4hDBeQrkYYveu+pAiEAhf6UNWUks60z9dUW
5WOfaxGt/56PH1UzgTVhf2LQHIkAdgBRo7D1/QF5nFZtuDd4jwykeswbJ8v3nohC
mg3+1ISF5QAAAX0UK74RAAAEAwBHMEUCIB/5WE0jtrvy2vyypnvioqgGPFQZG5wv
chWDJo5TmI3RAiEAhMb1TgVFP/LSPzyf1xFgGrm+2OS0DeTxdtUGcyyeuTUAdgDf
pV6raIJPH2yt7rhfTj5a6s2iEqRqXo47EsAgRFwqcwAAAX0UK73iAAAEAwBHMEUC
IQDHVdFofLMRv+P8AUUgRTsEH6oPLlPkRoKG1EGzGxae8AIgX6immGiaVIO1vvnD
BJ4YegIpeZc580DpbJ5uZ/+joQ0wDQYJKoZIhvcNAQELBQADggEBAAZGmpkjLil6
CLhAOM0Y9IR/tqEpmuXJtTrhexungsta8YbPD85qaDZSblpuPkbSV81P6qJgVeza
5DEWNUHdMNLwK1nR7z4+J1n1DitPFQh6FZ3L45KHKaxbnYfmaeiRRhNK85ejCibi
y0MaCdtS79id6W1ePumKOpTNVHm9Pk8PZFvg2iwG+ImUa3pNBw3t1pCoEcPNjA6d
sMOkSKwLLrd+eVipeCAiT0pysGaNK4Uz1iD5/kkychu993eTJGNaWxe3u88L47uu
ntryCr2N0ISAxRJ+AJUfB2n4O2F7lRzkrv3tny65YUf8SRXbyrA0uRn8HkP2ZK9/
r2uFkkhJG4Q=
-----END CERTIFICATE-----
```

```
subject=businessCategory = Private Organization, jurisdictionC = CH, jurisdictionST = Z\C3\BCrich, serialNumber = CHE-101.329.561, C = CH, L = Zurich, O = UBS AG, CN = www.ubs.com

issuer=C = US, O = DigiCert Inc, OU = www.digicert.com, CN = DigiCert SHA2 Extended Validation Server CA

---
Peer signing digest: SHA256
Peer signature type: RSA-PSS
Server Temp Key: X25519, 253 bits
---
SSL handshake has read 4591 bytes and written 393 bytes
Verification: OK
---
New, TLSv1.3, Cipher is TLS_AES_256_GCM_SHA384
Server public key is 2048 bit
Verify return code: 0 (ok)
---

+++ UBS SWITZERLAND AG +++        +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++
----------------------------------- INSTANT TYPE AND TRANSMISSION -----------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
```

```
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
------------------------------------- MESSAGE HEADER ---------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER             : UBSWCHZH80A
*** BANK SENDER    : UBS SWITZERLAND AG
*** BANK ADDRESS   : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME   : HPS PRODUCTION AB
*** ACCOUNT IBAN   : CH910023223211437060L
RECEIVER           : CHASUS33
*** BANK RECEIVER  : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS   : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME   : VILT LAW PC
*** ACCOUNT NUMBER :        9181
------------------------------------- MESSAGE TEXT ---------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
     UBS659875423CHAS
:F23B:BANK OPERATION CODE:
     CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
     221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
     /CH910023223211437060L
     HPS PRODUCTION AB
     BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
     /UBSWCHZH80A
     UBS SWITZERLAND AG
     BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
     /CHASUS33
     JP MORGAN CHASE BANK, N.A
     5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
     /        9181
VILT LAW PC
5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
     /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
     SHA
:F77B:REGULATORY REPORTING:
     /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
     //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
-------------------------------------------------------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
     CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
     PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
     CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
     FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
     AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
     AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------- MESSAGE TRAILER ---------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
------------------------------------- INTERVENTIONS ---------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
**************************************** MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY ****************************************
(+) END OF TRANSMISSION

------------------------------------- ACKNOWLEDGEMENT RECEIPT ---------------------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
-------------------------------------------------------------------------------------------

ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
CONFIRMATION STATEMENT PASS/FAIL STATUS
```

```
0050 CNT, -------------------------------- VALID
0060 RFF-DTM, ---------------------------- VALID
0070 RFF, -------------------------------- VALID
0080 DTM, -------------------------------- VALID
0090 NAD-CTA-COM ---------------------- VALID
0100 NAD, -------------------------------- VALID
0110 CTA, -------------------------------- VALID
0120 COM, -------------------------------- VALID
0130 ERC-FTX-5G4, --------------------- VALID
0140 ERC, -------------------------------- VALID
0150 FTX, -------------------------------- VALID
0160 RFF-FTX, ---------------------------- VALID
0170 REF, -------------------------------- VALID
0180 FTX, -------------------------------- VALID
0190 UNT, -------------------------------- VALID
{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022
-------------------------------------------------------------------
*************************** CONFIRMED & RECEIVED ***************************
(+) END OF TRANSMISSION

CONNECTED(00000003)
depth=2 C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
verify return:1
depth=1 C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
verify return:1
depth=0 C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com
verify return:1
---
Certificate chain
 0 s:C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
 1 s:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
 2 s:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
   i:C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2009 Entrust, Inc. - for authorized use
only", CN = Entrust Root Certification Authority - G2
---
Server certificate
-----BEGIN CERTIFICATE-----
```

MIIHVTCCBj2gAwIBAgIQVOdmZ0klsICNYfrlrcmWETANBgkqhkiG9w0BAQsFADCB
ujELMAkGA1UEBhMCVVMxFjAUBgNVBAoTDUVudHJ1c3QsIEluYy4xKDAmBgNVBAsT
H1N1ZSB3d3cuZW50cnVzdC5uZXQvbGVnYWwtdGVybXMxOTA3BgNVBAsTMChjKSAy
MDE0IEVudHJ1c3QsIEluYy4gLSBmb3IgYXV0aG9yaXplZCB1c2Ugb25seTEuMCwG
A1UEAxMlRW50cnVzdCBDZXJ0aWZpY2F0aW9uIEF1dGhvcml0eSAtIEwxTTAeFw0y
MjA3MDgwNzI2MThaFw0yMzA3MDgwNzI2MThaMIHbMQswCQYDVQQGEwJVUzERMA8G
A1UECBMITmV3IFlvcmsxETAPBgNVBAcTCE5ldyBZb3J3MRMwEQYLKwYBBAGCNzwC
AQMTAlVTMRkwFwYLKwYBBAGCNzwCAQITCER1bGF3YXJlMR8wHQYDVQQKExZKUE1v
cmdhbiBDaGFzZSBhbmQgQ28uMRQwEgYDVQQPEwtQcml2YXRlIE9yZ2FuaXphdGlv
bjEPMA0GA1UEBRMGNjkxMDExMSUwIwYDVQQDExxwcml2YXRlYmFuay1uZXcuanBt
b3JnYW4uY29tMIIBIjANBgkqhkiG9w0BAQEFAAOCAQ8AMIIBCgKCAQEA1UPn12Rd
L11VSeOOp2d8x7193Z96N6el6WRXXrQWGqiJE8vTTSd2AOGegUNYQC+bIg4SEFdx
FXelvuSaoL4AX+tuF3ljP4couug5KFXyeoBkOvmJEIGeUdd4OU6bbt1ENhdjuMJw
B+ldL9e+CKn96YMNLxwjl41kSheFnTmZ7jIPmeD91murYSqw61kPXRIICRDm63DQ
G5aimzd7Wj0pxACLtTgqDMzQ5Ay7pnI71nMAAeDzqYqw8flMFmFPP+8R/fhReeCN
JkrOvhtdkaKR0gPd9e28deubRNgP3n5O9FGPPKDnf3JoexDoxreSGM9YgJC4QgH/
mXSZEhRoQCuy5wIDAQABo4IDMjCCAy4wDAYDVR0TAQH/BAIwADAdBgNVHQ4EFgQU
ww5UkbMiKP+f8qn+hPASovxan6owHwYDVR0jBBgwFoAUw/fQtSowra8NkSFwOVTd
VIlwxzowaAYIKwYBBQUHAQEEXDBaMCMGCCsGAQUFBzABhhdodHRwOi8vb2NzcC5l
bnRydXN0Lm5ldDAzBggrBgEFBQcwAoYnaHR0cDovL2FpYS5lbnRydXN0Lm5ldC9s
MW0tY2hhaW4yNTYuY2VyMDMGA1UdHwQsMCowKKAmoCSGImh0dHA6Ly9jcmwuZW50
cnVzdC5uZXQvbGV2ZWwxbS5jcmwwQQYDVR0RBDowOIIccHJpdmF0ZWJhbmstbmV3
LmpwbW9yZ2FuLmNvbYIYcHJpdmF0ZWJhbmsuanBtb3JnYW4uY29tMA4GA1UdDwEB
/wQEAwIFoDAdBgNVHSUEFjAUBggrBgEFBQcDAQYIKwYBBQUHAwIwSwYDVR0gBEQw
QjA3BgpghkgBhvpsCgECMCkwJwYIKwYBBQUHAgEWG2h0dHBzOi8vd3d3LmVudHJ1
c3QubmV0L3JwYTAHBgVngQwBATCCAX4GCisGAQQB1nkCBAIEggFuBIIBagFoAHUA

VYHUwhaQNgFK6gubVzxT8MDkOHhwJQgXL6OqHQcT0wwAAAGB29gP6wAABAMARjBE
AiBb6xafV+24Z8U39ijnIC+QtsY6ehjdVdPZUOzNnVCPpgIgHD4/wkXnPCOqrjVr
PgnrZLIgJpYjPeK0gROfA8hwqcMAdgCzc3cH4YRQ+GOG1gWp3BEJSnktsWcMC4fc
8AMOeTalmgAAAYHb2A/mAAAEAwBHMEUCIQCaDxfoQOTT0n4M5LgbY23pLivyaFKw
PQtr69Ps0rfiegIgWKq1xfKU8soIFWgEOoWkzB2Qint93WfXkBNCx6sZRk0AdwCt
9776fP8QyIudPZwePhhqtGcpXc+xDCTKhYY069yCigAAAYHb2A/PAAAEAwBIMEYC
IQDNC332GNDR4QGkOH0EYUK21TY/YwN1i0r4PMUzhzC+SAIhAIgnmol5nRHX9BJ2
F8VoCEvpw1cpvqz2nrbd1v4uYtqiMA0GCSqGSIb3DQEBCwUAA4IBAQAbcI+Y8tk7
w5bSMW2lPUuaATrVBKaiRKnc3SiKuFNxF7aL/9rlSFRTd+ECMJah7CKJmCGCFiZp
0rDs+H1rrq+aVJ9ebYVF2woeBMiG61eWihOSv1+pPCubslCVUu2Pn0bR0Xh7YeUY
d+mXuin80HwYYO43JrzArz3088dg9/KYz6v/3HFmNSow00w8uPxUUaCbO2Z4uHrr
/SBQSYkndSBzRdDcFRH+dNPHoQa0W5+dg0M4os2syyvYgkgdsdTewYOXIzgjcTtx
ac5m3f6G0jM2zvr/w3ap3ljF4Q8jOIlDhhYIzYv3xhhOsLVXsvnQanq5T528DddT
Jr60qP+1pxzS
-----END CERTIFICATE-----
subject=C = US, ST = New York, L = New York, jurisdictionC = US, jurisdictionST = Delaware, O = JPMorgan Chase and Co.,
businessCategory = Private Organization, serialNumber = 691011, CN = privatebank-new.jpmorgan.com

issuer=C = US, O = "Entrust, Inc.", OU = See www.entrust.net/legal-terms, OU = "(c) 2014 Entrust, Inc. - for authorized use
only", CN = Entrust Certification Authority - L1M

---
Peer signing digest: SHA256
Peer signature type: RSA
Server Temp Key: ECDH, P-256, 256 bits
---
SSL handshake has read 4815 bytes and written 452 bytes
Verification: OK
---
New, TLSv1.2, Cipher is ECDHE-RSA-AES128-GCM-SHA256
Server public key is 2048 bit
Secure Renegotiation IS supported
SSL-Session:
    Protocol  : TLSv1.2
    Cipher    : ECDHE-RSA-AES128-GCM-SHA256
    Session-ID: 0278841257BCF9F6EA401CB0BD05A17E2D76BAEEB9751AB003C7B9488E95F08F
    Session-ID-ctx:
    Master-Key: 260B090616D5F66BFE647BA50F9F1C29BDB719A0C15D659FA6588BE44963CC3D2B67BFD9EDF2B5D5D93E5498D22B52
    Start Time: 1665471885
    Timeout   : 7200 (sec)
    Verify return code: 0 (ok)
    Extended master secret: yes
---

```
+++ UBS SWITZERLAND AG +++          +++ INTERNATIONAL SWIFT ACKS-5714-2022 +++
------------------------------------------ INSTANT TYPE AND TRANSMISSION -----------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT GPI
DATE & TIME: 10/10/2022 - 09:15:47 CEST
SESSION HEADER: UBSWCHZH80A
NETWORK DELIVERY STATUS: NETWORK (ACK)
PRIORITY/DELIVERY: URGENT/DELIVERY NOTIFICATION
MESSAGE INPUT REFERENCE: 10102022091547UBSWCHZH80A5714698745
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
-------------------------------------------------- MESSAGE HEADER -----------------------------------------------
SWIFT INPUT: SWIFT GPI MT103 CASH TRANSFER
SENDER            : UBSWCHZH80A
*** BANK SENDER   : UBS SWITZERLAND AG
*** BANK ADDRESS  : BADSTRASSE 12, 5401 BADEN, SWITZERLAND
*** ACCOUNT NAME  : HPS PRODUCTION AB
*** ACCOUNT IBAN  : CH910023223211437060L
RECEIVER          : CHASUS33
*** BANK RECEIVER : JP MORGAN CHASE BANK, N.A
*** BANK ADDRESS  : 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
*** ACCOUNT NAME  : VILT LAW PC
*** ACCOUNT NUMBER:      9181
--------------------------------------------------- MESSAGE TEXT ------------------------------------------------
:F20: TRANSACTION REFERENCE NUMBER:
      UBS659875423CHAS
:F23B:BANK OPERATION CODE:
      CRED
:F32A:VALUE DATE/CURRENCY CODE/AMOUNT:
      221010/USD/25,000,000.00
:F33B:CURRENCY/INSTRUCTED AMOUNT:
      USD/25,000,000.00
:F50K:ORDERING CUSTOMER:
      /CH910023223211437060L

      HPS PRODUCTION AB
      BOX 45087, 104 30 STOCKHOLM, SWEDEN
:F52A:ORDERING INSTITUTION:
      /UBSWCHZH80A
```

```
           UBS SWITZERLAND AG
           BADSTRASSE 12, 5401 BADEN, SWITZERLAND
:F57A:ACCOUNT WITH INSTITUTION:
           /CHASUS33
           JP MORGAN CHASE BANK, N.A
           5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
:F59: BENEFICIARY CUSTOMER:
           /       9181
VILT LAW PC
5177 RICHMOND AVE, SUITE 1142, HOUSTON, TX 77056, USA
:F70: REMITTANCE INFORMATION:
           /ROC/PAYMENT FOR INVESTMENT DOA NO.: HPS PRODUCTION AB/3978/6B
:F71A:DETAILS OF CHARGES:
           SHA
:F77B:REGULATORY REPORTING:
           /USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATE DOLLARS)
           //OPERATIVE INSTRUMENT, NO MAIL OR SWIFT SERVICE LEVEL IS REQUIRED.
-----------------------------------------------------------------------------
:F77T:/NARR/WE, UBS SWITZERLAND AG HEREBY CONFIRM WITH FULL BANKING RESPONSIBILITY, THAT THESE FUNDS ARE GOOD,
       CLEAN, CLEAR FUNDS OF NON-CRIMINAL ORIGIN, FREE FROM ANY LIENS OR ENCUMBRANCES AND PAID FOR INVESTMENTS
       PURPOSES. THIS TRANSFER IS VALID FOR PAYMENT UPON IDENTIFICATION, THE DAY OF RECEIPT. THIS IRREVOCABLE
       CASH BACKED SWIFT GPI MT103 CASH TRANSFER CAN BE RELIED UPON FOR FULL CASH.
       FOR AND ON BEHALF OF UBS SWITZERLAND AG, BADSTRASSE 12, 5401 BADEN, SWITZERLAND.
       AUTHORISED OFFICER 1: ROBERT BITTAR, PIN: RTT100342, GLOBAL HEAD TCM, 606390
       AUTHORISED OFFICER 2: PHILIPPE HEHN, PIN: PHEN43152, CHIEF INVESTMENT OFFICER, 480300
------------------------------------- MESSAGE TRAILER -------------------------------------
{CHK:CH785432WE12}
PKI SIGNATURE: MAC-EQUIVALENT
TRACKING CODE: UBS659875423CHAS
------------------------------------- INTERVENTIONS ---------------------------------------
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 10/10/2022 - 09:15:47 CEST
APPLICATION: SWIFT GPI INTERFACE
OPERATION: SYSTEM
TEXT{1:F01UBSWCHZH80A5714698745}{2:I103CHASUS33XXXU35714698745}{3:{111:001}{119:STP}{108:UBS659875423CHAS}
{121:UETR:25afff7b-bcee-4e8a-8e8e-c3b19a175790}
(+) END OF MESSAGE
*************************** MESSAGE HAS BEEN TRANSMITTED SUCCESSFULLY ***************************
(+) END OF TRANSMISSION


------------------------------------- ACKNOWLEDGEMENT RECEIPT -----------------------------
TITLE CONFIRMATION ANSWERBACK: CHASUS33
ANSWER BACK PAGE CONFIRMATION SYSTEM
-------------------------------------------------------------------------------------------
ANSWER BACK AND ACKNOWLEDGMENT MESSAGE AUTOMATED FILE TRANSFER(AFT) GATEWAY
RESPONSE VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT
ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY FTA/FTI
CONFIRMATION STATEMENT PASS/FAIL STATUS

0050 CNT, ---------------------------------- VALID
0060 RFF-DTM, ------------------------------ VALID
0070 RFF, ---------------------------------- VALID
0080 DTM, ---------------------------------- VALID
0090 NAD-CTA-COM ---------------------------- VALID
0100 NAD, ---------------------------------- VALID
0110 CTA, ---------------------------------- VALID
0120 COM, ---------------------------------- VALID
0130 ERC-FTX-SG4, ------------------------- VALID
0140 ERC, ---------------------------------- VALID
0150 FTX, ---------------------------------- VALID
0160 RFF-FTX, ------------------------------ VALID
0170 REF, ---------------------------------- VALID
0180 FTX, ---------------------------------- VALID
0190 UNT, ---------------------------------- VALID

{XMT DELIVERY REPORT}
MESSAGE TYPE: SWIFT GPI MT103 CASH TRANSFER
STATUS:100% DELIVERED
SIZE: 0205
LICENSE: MPL
PKI SIGNATURE: MAC-EQUIVALENT
RECEIVED: CHASUS33
INPUT OUTPUT ACK NAG DUP AUTH
TIME: 10:03:16 CEST
DATE: 10/10/2022

****************************** CONFIRMED & RECEIVED ******************************
(+) END OF TRANSMISSION
```

**VILT**

Clay Vilt <clay@viltlaw.com>

## Missing $25M wire transfer
1 message

**Clay Vilt** <clay@viltlaw.com>  
To: ana.m.sauceda@chase.com

Tue, Oct 25, 2022 at 3:47 PM

Hi Ana:

We contacted UBS Switzerland and received revised information regarding locating and directing the $25M wire transfer that we have been searching for. Accordingly, please review the attached correspondence, contact your backroom, and follow the revised process set forth therein so we can solve this mystery and finally get those funds into my firm's IOLTA account.

Thanks for your help - please alert me once this has been accomplished!

Clay Vilt  
Vilt Law, P.C.  
5177 Richmond Avenue, Suite 1142  
Houston, TX 77056  
T: 713.840.7570  
F: 713.877.1827

📎 **Rum Cay.Sauceda Ltr - 102522.pdf**  
9048K