# EXHIBIT 7



Clay Vilt <clay@viltlaw.com>

## $25M wire transfer
1 message

**Clay Vilt** <clay@viltlaw.com>  Wed, Oct 26, 2022 at 6:12 PM
To: ana.m.sauceda@chase.com
Bcc: Nick Dockum <nick@aspenglobalinvestmentsltd.com>

HI Ana:

Following up on my email from yesterday, attached is the contact information for Robert Bittar - the UBS banker in Switzerland who personally sent the wire transfer. Please feel free to contact him directly (probably through the Swift system or 199) if you have any problem locating the wire transfer and/or directing the funds to my firm's IOLTA account.

Thanks!

Clay Vilt
Vilt Law, P.C
5177 Richmond Avenue, Suite 1142
Houston, TX 77056
T: 713.840.7570
F: 713.877.1827

📎 **Rum Cay.UBS - Contact Info .pdf**
501K

# HPS PRODUCTION AB
BOX 45087, 104 30 STOCKHOLM, SWEDEN
REGISTRATION NUMBER: 556984-9770

**DATE:** 10 OCT 2022

**TRANSACTION REFERENCE NUMBER:** UBS659875423CHAS

**JOINT VENTURE INVESTMENT AGREEMENT NO.:** HPS PRODUCTION AB/3978/6B

SENDER BANK OFFICER INFO

ANNEX-BANK OFFICER BUSSINESS CARD



**ROBERT BITTAR**
Global Head
TCM/Commodity Trade Finance

**UBS SWITZERLAND AG**
Bahnhofstrasse 45,
8001 Zurich Switzerland
Tel: +41 41 677 00 18
Fax: +41 44 239 91 11
Email: robertbittar@ubs.com
www.ubs.com

UBS AG ZURICH is a subsidiary of UBS Group AG

On behalf of: **HPS PRODUCTION AB**

Signature of **THIEN TAM DANH**

DIRECTOR

PASSPORT NO. 95580296, SUIDE

DOI: 20 NOV 2018, DOE: 20 NOV 2023