# EXHIBIT 8

---------- Forwarded message ----------
From: UBS SWITZERLAND Global Head TCM/CTF UBS <robert.bittar@ubs.sg>
Date: On Tue, Nov 8, 2022 at 5:00 AM
Subject: Fwd: SWIFT CONFIRMATION
To: <ana.m.sauceda@chase.com>
Cc:

 **UBS**

07112022 | ZURICH

To:
OFFICER: Mr./Ms. Ana. M. Sauceda
EMAIL: ana.m.sauceda@chase.com
BANK INSTITUTION NAME: JP MORGAN CHASE BANK, N.A
BRANCH LOCATION: 5177 RICHMOND AVE, HOUSTON, TX 77056-6707, USA
YOUR CUSTOMER: VILT LAW PC
CUSTOMER ACCOUNT NO: ████9181
AMOUNT: USD 25,000,000.00 (TWENTY-FIVE MILLION UNITED STATES DOLLARS)

Respected Officer in Charge,

We, UBS Switzerland AG, located at Badstrasse 12, 5401 Baden, Switzerland, for and on behalf our client, HPS
Production AB, Box 45087, 104 30 Stockholm, Sweden, do hereby irrevocably acknowledge and confirm
with full bank responsibility that we have sent a swift mt103 GPI direct cash transfer having
transaction reference number: UBS659875423CHAS, in lawful currency of USD in favor and for the
benefit of Vilt Law PC., Account Number: 893589181. The investment funds have been sent via swift
mt103 GPI direct cash transfer in an amount of USD 25,000,000.00 (twenty-five million United States
dollars).

Additionally, please be advised that the said funds may be traced / located preferably at your bank's
head office or at central global server, apart from bank's incoming payment folder, to complete the
aforementioned transaction.
For further correspondence, kindly respond to this email.

11/15/22, 1:58 PM                               Vilt Law, P.C. Mail - Fw: SWIFT CONFIRMATION

Regards,

Robert Bittar
Global Head TCM/CTF UBS
PIN RTT100342, UBSWCHZH80A
UBS SWITZERLAND AG
BADSTRASSE 12, 5401 BADEN, SWITZERLAND
SWITZERLAND
**************************************************************************
DISCLAIMER: Please refer to http://www.ubs.com/ch/en for information (including mandatory corporate
particulars) on selected UBS Group AG branches and group companies registered or incorporated in the
European Union. This e-mail may contain confidential and / or privileged information. If you are not
the intended recipient (or have received this e-mail in error) please notify the sender immediately
and delete this e-mail. Any unauthorized copying, disclosure, or distribution of the material in this
e-mail is forbidden. UBS Group AG is authorized by the Prudential Regulation Authority and regulated
by the Financial Conduct Authority and the Prudential Regulation Authority (Financial Services
Register number: 759676). UBS Group AG adheres to the Standards of Lending Practice which is
monitored and enforced by the Lending Standards Board.
UBS Group AG. Authorized by the Prudential Regulation Authority and regulated by the Financial
Conduct Authority and the Prudential Regulation Authority. UBS GROUP AG Homepage: http://www.ubs.com
**************************************************************************