# EXHIBIT 9

**VILT LAW, P.**

Robert C. V
Princi

713.840.75
clay@viltlaw.c

November 15, 2022

Ana M. Sauceda                  Via email
JPMorgan Chase Bank, N.A.
5177 Richmond Avenue, Suite 100
Houston, TX 77056

       Re:     Swift GPI MT103 Cash Transfer - $25M

Dear Ana:

       As a follow-up to the 11/07/22 email from Mr. Robert Bittar at UBS Switzerland AG, attached is a 11/14/22 Interbanking Swift Screen/Tracer Delivery Report which demonstrates that the funds were received by JPMorgan Chase Bank, N.A. located at 383 Madison Avenue, New York on 10/11/22 at precisely 4:23:54 PM yet these funds have not been credited to our firm's IOLTA account.

       I have been working with Juanita in the claims escalation division at JPMorgan Chase Bank, N.A. in conjunction with the wire transfer department in order to locate these funds but to no avail. Accordingly, please forward this information to Juanita ASAP to help expedite resolution of this issue .

       Time is of the essence - thanks for your help with resolving this issue!

                                             Very truly yours,

                                             Robert C. Vilt

Attachment



```
CATEGORY: NETWORK REPORT
CREATION DATE/TIME: 14/11/2022- 09:18:27 CET
INTERBANKING SWIFT SCREEN/TRACER DELIVERY REPORT                    SWIFT GPI MT103 CASH TRANSFER
------------------------------------------------------------------------------------------------
CATEGORY: NETWORK SECURITY REPORT
CREATION TIME: 14/11/2022 09:18:27
APPLICATION: SWIFT INTERFACE
OPERATION: SYSTEM
------------------------------------------------------------------------------------------------
MTT: 09:18:27 +0100                                                 14/11/2022- 09:18:27 +0100
TRN: UBS659875423CHAS
UETR: 25afff7b-bcee-4e8a-8e8e-c3b19a175790
CHK/SN: CH785432WE12
TRACK CODE: UBS659875423CHAS
MIR/OTR: 10102022091547UBSWCHZH80A5714698745
CURRENCY/INSTRUCTED AMOUNT: USD/25,000,000.00
------------------------------------------------------------------------------------------------
<<< UBSWCHZH80A IDFW/TRACER >>>

UBSWCHZH80A    UBSWCHZH80A          UBS SWITZERLAND AG                          10/10/2022- 09:15:47 +0100
               ***STATUS DONE       BADSTRASSE 12, 5400 BADEN, SWITZERLAND
UBSWCHZH80A    SMHBDEFFXXX          UBS EUROPE SE                               10/10/2022- 10:03:16 +0100
               **STATUS DONE        FRANKFURT GERMANY
UBSWCHZH80A    CHASUS33             JP MORGAN CHASE BANK, N.A                   11/10/2022- 16:23:54 -0500
               ***STATUS ARRIVED    383 MADISON AVENUE, NEW YORK, USA
                                    5177 RICHMOND AVE, HOUSTON,
                                    TX 77056-6707, USA
                                    ***PRIVATEBANK-NEW.JPMORGAN.COM
                                    ***AUTHENTIFICATION TRANSFER STATUS - COMPLETED
                                    ***VERIFICATION - COMPLETED

------------------------------------------------------------------------------------------------
ID131526
Base Public Key: AES256-SHA
User Key: RSA-PSS

--------
SSL Session: SHA
Protocol: TLSv1.2
Cipher: ECDHE-RSA-AES128-GCM-SHA256
Serial Number = 45670000010000456713428

--------
Master-Key: 260B090616D5F66BFE647BA50F9F1C29BDB719A0C15D659FA6588BE44963CC3D2B67BFD9EDF2B5D5D93E5498D22B52
Verify return code: 0 (ok)
------------------------------------------------------------------------------------------------
End of Message Report Footer\
Number of Entities: 1
End of Report
------------------------------------------------------------------------------------------------
Ack Result: Y/0 errors
Md5: her17dges9nfydr5shd53e45hdtw
Sha: 201-81-1646840035
Password: ROBERT BITTAR RTT100342
ID RRT: 0278841257BCF9F6EA401CB0BD05A17E2D76BAEEB9751AB003C7B9488E95F08F
(+) END OF MESSAGE
```



S.W.I.F.T. SCRL ("SWIFT")
HQ & Belgium Headquarters, Avenue Adèle 1, B-1310 La Hulpe
Tel: +32 2 655 31 11
Fax: +32 2 655 32 26
SWIFT/BIC: SWHQ BE BB