*EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VILT LAW, P.C., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:22-cv-4217 |
| § | |
| v. § | |
| § | |
| JPMORGAN CHASE BANK, N.A., § | |
| § | |
| Defendant. § | |

## DECLARATION OF ANA M. SAUCEDA

1. My name is Ana M. Sauceda. I am over the age of 21, of sound mind, and capable of making this declaration. I have never been convicted of a felony or crime involving dishonesty. I make this declaration based on my personal knowledge of the facts stated herein. If called to testify, I could testify to the facts herein.

2. I am employed at JPMorgan Chase Bank, N.A. ("Chase") as Vice President and Senior Branch Manager in Houston, Texas. I have been an employee of Chase for 18 years, and I have held the position of Branch Manager for 10 years. I am authorized by Chase to make this declaration in support of Emergency Motion of Defendant to Dissolve Ex Parte Temporary Restraining Order in this case.

3. I have spoken with Robert C. Vilt regarding a wire transfer in the amount of $25 million that was supposedly sent to the Chase account of Vilt Law, P.C. ending in -9181. Since the issue was raised in October 2022, I have reviewed this customer's account records and communicated with Chase's Retail Wires Research Team to determine whether Chase received that wire.

4. I have neither seen nor received evidence of this wire coming to Chase.

1

2

5. I have reviewed the document attached as Exhibit 8 to Plaintiff's Original Complaint, which purports to be an email sent to me by UBS. I have reviewed my email and confirmed that I never received that email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of December, 2022.

_____
Ana M. Sauceda