United States District Court
Southern District of Texas
**ENTERED**
December 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VILT LAW, P.C., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:22-cv-4217 |
| v. | § | |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING EMERGENCY MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

On this day came to be heard Defendant JPMorgan Chase Bank, N.A.'s Emergency Motion to Dissolve or Modify Ex Parte Temporary Restraining Order ("Motion"). The Court, having considered the Motion, the pleadings, and any evidence and arguments presented by the parties, hereby finds that the Motion is well founded. The Motion is **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court's Temporary Restraining Order dated December 8, 2022 (ECF No. 6) is hereby dissolved in its entirety.

**IT IS SO ORDERED.**

Dated: December 9, 2022

_____
Hon. Sim Lake